IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin L. Perkins,<br><br>          Plaintiff,<br><br>vs.<br><br>Select Portfolio Servicing, Inc.,<br><br>          Defendant. | No. CIV 15-074-TUC-CKJ<br><br>**ORDER** |

Plaintiff and Defendant having stipulated to dismissal of this action with prejudice,

IT IS HEREBY ORDERED:

1. CV 15–074 is DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs.

2. The Clerk of Court shall close its file in this matter.

DATED this 27th day of August, 2015.

_____
Cindy K. Jorgenson
United States District Judge